Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 17−26821−RG  
        Chapter: 13  
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Jorge Cesar Araujo  
    111 113 Brill Street  
    Second Floor  
    Newark, NJ 07105

Social Security No.:  
    xxx−xx−0126

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

    Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions, Schedules A/B,C,D,E/F,G,H,I,J,

2. This case will be dismissed on September 19, 2017, unless the missing documents are received on or before that date by the Clerk of the Court at:

    U.S. Bankruptcy Court  
    MLK Jr Federal Building  
    50 Walnut Street  
    Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before September 19, 2017.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED (Most documents were revised effective 12/1/15).**

Dated: September 8, 2017  
JAN: axg

        Jeanne Naughton  
        Clerk

If the schedules you file contain more creditors than were included on the list of creditors filed with your petition, you must also file an Amended List of Creditors when you file the documents listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors. Payment must be made in the form of a certified check, money order or attorney's check.

Case 17-26821-RG    Doc 16    Filed 09/10/17    Entered 09/11/17 01:10:45    Desc Imaged
Certificate of Notice    Page 2 of 3
If the schedules you file contain more creditors than were included on the list of creditors filed with your petition, you must also file an Amended List of Creditors when you file the documents listed above. You must also pay a fee in the amount of $31.00 to amend the List of Creditors. Payment must be made in the form of a certified check, money order or attorney's check.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-26821-RG
Jorge Cesar Araujo                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2017
                            Form ID: 180             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db          Jorge Cesar Araujo,    111 113 Brill Street,    Second Floor,    Newark, NJ   07105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 00:03:37     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 00:03:35     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2